IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

PACIFIC THOMAS CORPORATION, dba
THOMAS CAPITAL, dba SAFE STORAGE,

    Debtor

_____/

No. CV-14-4083 MMC

Bankruptcy Case No. 14-54232 MEH

**JUDGMENT IN A CIVIL CASE**

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The motion to dismiss is hereby GRANTED, and the appeal is hereby DISMISSED as moot.


Dated: January 5, 2015                    Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk